Opinion approved by the court.

## MURPHY v. STATE.
### No. 25170.

Court of Criminal Appeals of Texas.

Feb. 28, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was found guilty of murder with malice. His punishment was assessed at five years in the penitentiary.

The only complaint presented by the record is based on the refusal of the court to give an instructed verdict. In the absence of a statement of facts we are not in position to consider the question.

The judgment of the trial court is affirmed.